# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES BROOKS,

   Plaintiff,

        v.

JCS LOGISTICS, INC. and MICHAEL J. CARTY,

   Defendants.

NO. 3:18-CV-0097

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 20th day of July, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss (Doc. 6) filed by Defendants JCS Logistics, Inc. and Michael J. Carty is **GRANTED in part and DENIED in part**.

(2) Count I of the Complaint is **DISMISSED without prejudice**.

(3) The Motion to Dismiss is **DENIED in all other respects**.

                                                       /s/ A. Richard Caputo
                                                       A. Richard Caputo
                                                       United States District Judge